■ HARRY BOYLAND et al., Respondents, v. HANNAH LEIFER, Appellant, et al., Defendant.— In an action to recover damages for injuries to person and property, defendant Hannah Leifer appeals from an order of the Supreme

Court, Queens County, dated February 3, 1960, conditionally granting her motion to dismiss the complaint as against her for lack of diligent prosecution. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.